IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARY F. STEPP (SHEPHERD),

    Plaintiff,

vs.

    Civil Action 2:10-CV-498
    Judge Sargus
    Magistrate Judge

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

The Commissioner has moved to remand the action, pursuant to Sentence 6 of 42 U.S.C. §405(g), for a *de novo* hearing in light of the fact that significant portions of the tape recording are inaudible. Doc. No. 8. That motion is unopposed by plaintiff. *Id.*

The Commissioner's motion, Doc. No. 8, is **GRANTED**. This action is **ORDERED REMANDED** to the Commissioner, pursuant to Sentence 6 of 42 U.S.C. §405(g), for a *de novo* administrative hearing.

9-2-2010
Date

Edmund A. Sargus, Jr.
United States District Judge