AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MARY F. STEPP (SHEPHERD),**

        **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

vs.

**MICHAEL J. ASTRUE,**      **CASE NO.  C2-10-498**
**COMMISSIONER OF SOCIAL**      **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**      **MAGISTRATE JUDGE NORAH MCCANN KING**

        **Defendant.**

☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

     Pursuant to the Order filed September 2, 2010, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for a *de novo* administrative hearing.  This case is DISMISSED.

Date: September 2, 2010          JAMES BONINI, CLERK

         */S/ Andy F. Quisumbing*
         (By) Andy F. Quisumbing
         Courtroom Deputy Clerk