AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**MARY F. STEPP (SHEPHERD),**

    **Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

    **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  C2-10-498**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed June 14, 2012, FINAL JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g).**

Date: June 14, 2012                                       JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk